UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CAT TECH INC., | § § § | CIVIL ACTION NO. H-05-3050 |
| Plaintiff, | § § | |
| v. | § § | JUDGE KEITH P. ELLISON |
| TUBEMASTER, INC., | § § | JURY DEMANDED |
| Defendant. | § § | |

**ORDER**

After careful consideration, this Court is of the opinion that Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant's Motion for Sanctions Against Cat Tech Inc. for Destruction of Evidence should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's response in opposition to Defendant's Motion for Sanctions Against Cat Tech Inc. for Destruction of Evidence should be filed on or before January 11, 2007.

SIGNED on December 27, 2006 at Houston, Texas.

_____
The Honorable Keith P. Ellison
United States District Judge

529816-2